**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| JOHN H. FLUKER and wife,<br>ROSIE FLUKER | PLAINTIFFS |
| v.   No. 3:11CV00007 JLH | |
| AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY | DEFENDANT |

**ORDER**

Pursuant to the stipulation of dismissal filed by the parties in this matter, this action is dismissed with prejudice.

IT IS SO ORDERED this 27th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE